**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
52220
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
856-866-0100
Attorney for EnerBank USA

**Order Filed on March 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MARINA D. GUERRIERO

Case No.: 18-13435

Adv. No.:

Hearing Date: 2-10-21

Judge: MBK

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 15, 2021**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Marina D Guerriero**
**18-13435(MBK)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for co-debtor stay relief filed by John R. Morton, Jr., Esq., attorney for EnerBank USA, with the appearance of Jonathan Goldsmith Cohen, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor, her attorney and the non-filing co-debtor, Louis Guerriero under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That the debtor and non-filing co-debtor, Louis Guerriero are indebted to EnerBank USA under a Consumer Note dated 10-19-17 in the amount of $15,866.00 with interest at 6.99% as reflected in claim no. 1 filed by EnerBank USA on 3-5-18.

2. The debtor has filed a Chapter 13 plan which was confirmed as a 100% plan. To the extent the debtor fails to pay the unsecured claim of EnerBank USA in full through the plan, EnerBank USA shall be granted stay relief as to the non-filing co-debtor, Louis Guerriero to collect any remaining unpaid balance on the Consumer Note from him.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 18-13435-MBK

Marina D. Guerriero  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Mar 15, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Marina D. Guerriero, 9 Churchhill Downs Drive, Tinton Falls, NJ 07724-3804 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

**Name**     **Email Address**

Albert Russo
    docs@russotrustee.com

Denise E. Carlon
    on behalf of Creditor MEB Loan Trust II dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

John R. Morton, Jr.
    on behalf of Creditor EnerBank USA ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Jonathan Goldsmith Cohen
    on behalf of Debtor Marina D. Guerriero imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com

Jonathan C. Schwalb
    on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com

Jonathan C. Schwalb

District/off: 0312-3 | User: admin | Page 2 of 2

Date Rcvd: Mar 15, 2021 | Form ID: pdf903 | Total Noticed: 1

        on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com

Robert P. Saltzman
        on behalf of Creditor MTGLQ Investors L.P. dnj@pbslaw.org

Steven P. Kelly
        on behalf of Creditor Bank of America N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9