**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Marina D. Guerriero | Social Security number or ITIN   xxx–xx–1758 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   18–13435–MBK

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Marina D. Guerriero

5/2/23

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 18-13435-MBK

Marina D. Guerriero                                                                       Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 4
Date Rcvd: May 02, 2023                       Form ID: 3180W                        Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marina D. Guerriero, 9 Churchhill Downs Drive, Tinton Falls, NJ 07724-3804 |
| cr | + | Bank of America, N.A., c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | EnerBank USA, c/o Morton & Craig, LLC, 110 Marter Ave. Suite 301, Moorestown, NJ 08057-3124 |
| cr | + | SN Servicing Corporation, Friedman Vartolo LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| cr | + | U.S. Bank Trust National Association as Trustee of, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 517364129 | + | MTGLQ Investors, LP, Marionisci & Baxter, Wellington Ctr., 14643 Dallas Pkwy., Ste. 750, Dallas, TX 75254-8884 |
| 517345800 | + | RAS Citron Law Offices, 130 Clinton Road Suite 202, Fairfield, NJ 07004-2927 |
| 517345801 | ++ | SETERUS INC, PO BOX 619096, DALLAS TX 75261-9096 address filed with court:, Seterus Inc, 14523 Sw Millikan Way, Beaverton, OR 97005 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 02 2023 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 02 2023 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: bkteam@selenefinance.com | May 02 2023 20:43:00 | MTGLQ Investors, L.P., c/o Selene Finance, 9990 Richmond Avenue, Suite 400 South, Houston, TX 77042-4546 |
| cr | ^ | MEBN | May 02 2023 20:40:45 | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Avenue - suite 160, Garden City, NY 11530-1631 |
| 517481168 | | Email/PDF: resurgentbknotifications@resurgent.com | May 02 2023 20:48:57 | Ashley Funding Services, LLC its successors and, assigns as assignee of Reimbursement, Technologies, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517345805 | + | EDI: BANKAMER2.COM | May 03 2023 00:34:00 | Bank of America, 100 North Tyron Street, Charlotte, NC 28255-0001 |
| 517415641 | + | Email/Text: ecfbnc@aldridgepite.com | May 02 2023 20:43:00 | Bank of America, N.A., c/o ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 517476609 | + | EDI: BANKAMER.COM | May 03 2023 00:34:00 | Bank of America, N.A., P.O. Box 31785, Tampa, FL 33631-3785 |
| 517345790 | | EDI: CAPITALONE.COM | May 03 2023 00:34:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517345788 | + | EDI: CAPITALONE.COM | May 03 2023 00:34:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt |

|  |  |  |
|---|---|---|
|  |  | Lake City, UT 84130-0285 |
| 517467730 | EDI: CAPITALONE.COM | |
|  | May 03 2023 00:34:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517345792 | + Email/Text: bankruptcy.notifications@fisglobal.com | |
|  | May 02 2023 20:44:00 | Chexsystems, Inc., Attn: Customer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125-1703 |
| 517345793 | + Email/PDF: creditonebknotifications@resurgent.com | |
|  | May 02 2023 20:48:31 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517345795 | + Email/PDF: creditonebknotifications@resurgent.com | |
|  | May 02 2023 20:48:54 | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 517345797 | + Email/Text: EB_CollectionsRecoveryTeam@Regions.com | |
|  | May 02 2023 20:43:00 | Enerbank Usa, 1245 E Brickyard Rd Ste, Salt Lake City, UT 84106-2562 |
| 517345798 | ^ MEBN | |
|  | May 02 2023 20:39:10 | Equifax, PO Box 740241, Atlanta, GA 30374-0241 |
| 517345799 | ^ MEBN | |
|  | May 02 2023 20:39:57 | Experian, Profile Maintenance, PO Box 9558, Allen, TX 75013-9558 |
| 517482203 | Email/PDF: resurgentbknotifications@resurgent.com | |
|  | May 02 2023 20:48:57 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517491276 | + Email/Text: bankruptcydpt@mcmcg.com | |
|  | May 02 2023 20:44:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517476433 | + Email/Text: bkteam@selenefinance.com | |
|  | May 02 2023 20:43:00 | MTGLQ Investors, L.P., C/O Selene Finance LP, 9990 Richmond Ave Ste 400 South, Houston, TX 77042-4546 |
| 517345806 | Email/Text: bkteam@selenefinance.com | |
|  | May 02 2023 20:43:00 | Selene Finance, 9990 Richmond, Suite 400 South, Houston, TX 77042-4546 |
| 519538740 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | |
|  | May 02 2023 20:43:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 518638880 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | |
|  | May 02 2023 20:43:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 519538739 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | |
|  | May 02 2023 20:43:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Suite 300, Greenwood Village, Colorado 80111-4720 |
| 517347051 | + EDI: RMSC.COM | |
|  | May 03 2023 00:34:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517345802 | + EDI: RMSC.COM | |
|  | May 03 2023 00:34:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517345803 | + EDI: RMSC.COM | |
|  | May 03 2023 00:34:00 | Synchrony Bank/Care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 517345804 | Email/Text: DASPUBREC@transunion.com | |
|  | May 02 2023 20:43:00 | Trans Union Corporation, Public Records Department, 555 West Adams St., Chicago, IL 60661 |
| 518271911 | ^ MEBN | |
|  | May 02 2023 20:40:18 | U.S. Bank Trust National Association as Trustee, of the Chalet Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518271912 | ^ MEBN | |
|  | May 02 2023 20:40:19 | U.S. Bank Trust National Association as Trustee, of the Chalet Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, U.S. Bank Trust National Association as 95501-0305 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517345791 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517345789 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517345794 | *+ | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517345796 | *+ | Credit One Bank Na, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518638881 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 04, 2023                          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MEB Loan Trust II dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jason Brett Schwartz | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet Series IV Trust jschwartz@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| John R. Morton, Jr. | on behalf of Creditor EnerBank USA ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Jonathan Goldsmith Cohen | on behalf of Debtor Marina D. Guerriero imclawgroupecf@gmail.com;g.jr77824@notify.bestcase.com |
| Jonathan C. Schwalb | on behalf of Creditor U.S. Bank Trust National Association as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of the Chalet Series IV Trust bankruptcy@friedmanvartolo.com, jschwalb@ecf.courtdrive.com |
| Jonathan C. Schwalb | on behalf of Creditor SN Servicing Corporation bankruptcy@friedmanvartolo.com  jschwalb@ecf.courtdrive.com |
| Robert P. Saltzman | on behalf of Creditor MTGLQ Investors  L.P. dnj@pbslaw.org |
| Steven P. Kelly | on behalf of Creditor Bank of America  N.A. skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3                              User: admin                              Page 4 of 4
Date Rcvd: May 02, 2023                           Form ID: 3180W                           Total Noticed: 38
TOTAL: 11