FILED
JEANNE A. NAUGHTON, CLERK

MAY 16 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____DEPUTY

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re: <br><br>MARINA GUERRIERO | Case No.: 18-13435 <br><br> Adversary No.: _____ <br><br> Chapter: 13 <br><br> Judge: _____ |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. **NOTE:** A separate form must be filed in each main case and adversary proceeding where the address of the party needs to be updated. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:     EnerBank USA
(Example: John Smith, creditor)

Old address:     1245 East Brickyard Road, Suite 600

                   Salt Lake City, UT 84106

New address:     650 South Main Street, Suite 1000

                   Salt Lake City, UT 84101

New phone no.: (800)774-8711
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date: 5/10/2023            _Kammmi Williams_
                                                              Signature

*rev.8/1/2021*

nkUSA®
ment lender of choice

USA
Suite 1000
84101

RETURN SERVICE
REQUESTED

PRESORT
FIRST CLASS

US POSTAGE PITNEY BOWES



ZIP 84101 $ 000.54⁶
02 4W
0000359183 MAY 11 2023

United States Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

8 DMCPNMP 08608